UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANNELL N BRANT                                  Chapter 13

            Debtor                    Bankruptcy No. 15-11916-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___31st___ day of ___Jan___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES WILLIAM ZERILLO ESQUIRE
937 N HANOVER ST

POTTSTOWN, PA 19464


Debtor:
SHANNELL N BRANT

415 ELM STREET

POTTSTOWN, PA 19464