United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shannell N Brant  
    Debtor

Case No. 15-11916-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Jan 31, 2017  
Form ID: pdf900     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.

```
db             +Shannell N Brant,   415 Elm Street,   Pottstown, PA 19464-6902
cr              Springleaf Funding Trust 2013-B,   Fox and Fox Attorneys at Law, P.C.,
                 c/o Craig H. Fox, Esquire,   706 One Montgomery Plaza,   425 Swede Street,
                 Norristown, PA  19401
13493580        Accounts Recovery Bureau, Inc.,   P.O. Box 70256,   Philadelphia, PA  19176-0256
13766375        CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVING,   2626-B West Freeway,
                 Fort Worth, TX 76102
13493585        CU Members Mortgage, Colonial Savings, F,   P.O. Box 2888,   Fort Worth, TX  76113
13493581        Capital One - Kohl's,   P.O. Box 30285,   Salt Lake City, UT  84130-0285
13493582       +Central Credit Services LLC,   Formerly Integrity Solution Services,   P.O. Box 1850,
                 St. Charles, MO 63302-1850
13493584        Credit First - Firestone,   P.O. Box 140990,   Nashville, TN  37214-0990
13493586        Diamond Credit Union Master Card,   P.O. Box 37603,   Philadelphia, PA  19101-0603
13493588        Grange Insurance Company,   P.O. Box 740604,   Cincinnati, OH  45274-0604
13493589      ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
                (address filed with court: J.C. Christensen & Associates, Inc.,   P.O. Box 519,
                 Sauk Rapids, MN  56379)
13493590       +Kim Law Group, P.C.,   Jennifer Lynn Frechie,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13770345        Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13493592        Patient First,   500 Cox Road,   Glen Allen, VA  23060
13493593        Reading Health System,   P.O. Box 16052,   Reading, PA  19612-6052
13493595       +Springleaf Financial Services,   34 Glocker Way,   Pottstown, PA 19465-9655
13501843       +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
13493597        Woman Within,   Comenity / Woman Within,   P.O. Box 659728,   San Antonio, TX  78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Feb 01 2017 02:10:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:42
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2017 02:09:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13493583       +E-mail/Text: kzoepfel@credit-control.com Feb 01 2017 02:09:50      Credit Control, LLC,
                 5757 Phantom Drive, Suite 330,   Hazelwood, MO 63042-2429
13493591       +E-mail/Text: bknotices@mbandw.com Feb 01 2017 02:09:57      McCarthy, Burgess, And Wolff,
                 26000 Cannon Road,   Cleveland, OH 44146-1807
13543516        E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2017 02:09:33
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13493594        E-mail/Text: colleen.atkinson@rmscollect.com Feb 01 2017 02:10:22
                 Receivables Management Systems,   P.O. Box 8630,   Richmond, VA  23226-0630
13515482        E-mail/PDF: cbp@onemainfinancial.com Feb 01 2017 01:57:46      Springleaf Financial Services,
                 PO Box 3251,   Evansville, IN 47731
13493596       +E-mail/Text: bankruptcydepartment@tsico.com Feb 01 2017 02:10:14      Transworld Systems Inc.,
                 507 Prudential Road,   Horsham, PA 19044-2308
                                                                                               TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
13493587      ##+Exeter Ambulance Association,   30 Fairlane Road,   Reading, PA 19606-9563
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jan 31, 2017
                              Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    CU MEMBERS MORTGAGE, Et Al... agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CRAIG H. FOX    on behalf of Creditor    Springleaf Funding Trust 2013-B
               bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES W. ZERILLO    on behalf of Debtor Shannell N Brant jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CU MEMBERS MORTGAGE, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    CU MEMBERS MORTGAGE, Et Al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANNELL N BRANT                    Chapter 13

            Debtor            Bankruptcy No. 15-11916-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES WILLIAM ZERILLO ESQUIRE
937 N HANOVER ST

POTTSTOWN, PA 19464

Debtor:
SHANNELL N BRANT

415 ELM STREET

POTTSTOWN, PA 19464